IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

            Plaintiff,                      ORDER

v.

EMETERIO VELAZQUEZ,                      12-cr-62-bbc
JOSE LUIS CASTILLO MADRIGAL,
ROSALINA VELAZQUEZ, and
RUPERTO RUIZ,
            Defendants.
_____

On January 17, 2013, defendant Jose Luis Castillo Madrigal, by counsel, advised the court that he does not object to continuing the trial in this case. *See* dkt. 87. Accordingly,

It is ORDERED that:

(1) The remainder of the existing calendar in this case is STRICKEN.

(2) The court will re-set the schedule in consultation with all affected parties after a determination of defendant Rosalina Velazquez's competency.

(3) Time continues to be excluded from computation on the speedy trial clock for all defendants pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(6). The clock will restart upon a court determination that defendant Rosalina Velazquez is competent to stand trial.

Entered this 17th day of January 2013.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge